BEFORE THE SECOND DIVISION, FEBRUARY 24, 1969

**No. P69/52.**—N. Erlanger Blumgart & Co., Inc. *v.* United States, protests 65/2860, etc. (New York).

Rao, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of quality VV9 and 430 heavyweight cotton suede cloth weighing 11 ounces or over per square yard similar in all material respects to that the subject of *N. Erlanger Blumgart & Co., Inc.* v. *United States* (59 Cust. Ct. 121, C.D. 3092), the claim of the plaintiff was sustained.